UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__7/22/2024____
```

MIA PARK,

                        Plaintiff,

            -against-

OPRAH INSUK YI, et al.,

                        Defendants.

24-CV-05167 (MMG)

**ORDER OF DISMISSAL**

MARGARET M. GARNETT, United States District Judge:

"[S]ubject matter jurisdiction is an unwaivable *sine qua non* for the exercise of federal judicial power." *Curley v. Brignoli, Curley & Roberts Assoc.*, 915 F.2d 81, 83 (2d Cir. 1990). Consistent with that proposition, Rule 12(h)(3) of the Federal Rules of Civil Procedure provides that "[i]f the court determines at any time that it lacks subject-matter jurisdiction, the court must dismiss the action."

In the present case, jurisdiction is premised on diversity of citizenship, pursuant to Title 28, United States Code, Section 1332. Section 1332, however, requires "complete" diversity of citizenship, and it is well established that diversity "is not complete if *any* plaintiff is a citizen of the same state as *any* defendant." *St. Paul Fire & Marine Ins. Co. v. Universal Builders Supply*, 409 F.3d 73, 80 (2d Cir. 2005) (emphasis added). A review of the complaint in this action reveals that such is the case here, as Plaintiff Mia Park, Defendant Soll Inc., and Defendant Oprah Isuk Yi are all citizens of New York State. *See* Dkt. No. 4, ¶¶ 19–29. The Court therefore lacks subject matter jurisdiction over this action.

Accordingly, the complaint is hereby DISMISSED without prejudice for lack of subject matter jurisdiction. The Clerk of Court is directed to close the case.

SO ORDERED.

Dated: July 22, 2024
       New York, New York

_____
MARGARET M. GARNETT
United States District Judge